U.S.D.C / Clerk
501 E. Court Street, Suite 2.500
Jackson MS. 39201



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 22 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

1:19cv24LG-RHW

RE; Complaint for violation of Civil Rights of the 8th & 14th amendment of Plaintiff here-in Thomas Keith Coleman, M.D.O.C No. K5716 in the aspect of Deliberat Indifferance to his medical Necessities by & through George County Reginoal Correctional Facility & it's Administration Security & Medical staff.

Comes Now; Plaintiff, Thomas Keith Coleman #K5716, brings the complaint afore mentioned to this Honorable United States District Court for the 19th Judicial District of the Southern Division.

Plaintiff here-in asserts aligations against George County Reginoal Correctional Facility (hence forth referd to as G.C.R.C.F) and it's Administration, Security & Medical staff for failure to provide necessary medical services in accordance with the 8th & 14th Amendment for Cruel and Unusual Punishment by Deliberat Indifferance. The medical assistance requested by the Plaintiff here-in, and was refused to him by (G.C.R.C.F) & the staff there of, has greatly interfeared with, disrupted and/or greatly limited the Plaintiffs physical ability for Employment, and/or to maintain his normal quality of life now and in the future, as done so before these violations occured.

Plaintiff here-in is asking for Actual & Punitive Monitary Damages as set forth here-in and can give Factual support there-to for Loss of Monitary Settlemen, Future Medical Assistance and compensation for his future disability.

Plaintiff: Thomas Keith Coleman / M.D.O.C No. K5716
Central MS. Correctional Facility
P.O Box 88550
Pearl MS. 39208

Defendants: In the service of George County Sheriff's Department and/or George County Reginoal Correctional Facility.

Defendant No. 1.     Keith Havard
Job title            Sheriff of George County / Lucedale MS.
Shield No.           U/K
Employer             George County Sheriff's Office
Address              355 Cox Street
                     Lucedale MS. 39452
Complaint against /  Individual & Official capacity

Defendant No. 2.     Bobby Fairley
Job title            Warden of (G.C.R.C.F)
Shield No.           U/K
Employer             George County Reginoal Correctional Facility
Address              154 Industrial Park Rd.
                     Lucedale MS. 39452
Complaint against /  Individual & Offical capacity

Defendant No. 3.     John Moran
Job title            Caption of (G.C.R.C.F)
Shield No.           U/K
Employer             George County Reginoal Correctional Facility
Address              154 Industrial Park Rd.
                     Lucedale MS. 39452
Complaint against /  Individual & official capacity

Defendant No. 4    Terry Rodgers
Job title    Administrative Assistant of (G.C.R.C.F)
Shield No.    U/K
Employer    George County Reginoal Correctional Facility
Address    154 Industrial Park Rd.
   Lucedale MS. 39452
Complaint against /    Individual & Official capacity

Defendant No. 5.    Derrick Eubanks
Job title    Head R.N (nurse) of (G.C.R.C.F)
Shield No.    U/K
Employer    George County Reginoal Correctional Facility
Address    154 Industrial Park Rd.
   Lucedale MS. 39452
Complaint against /    Individual & Official capacity

Defendant No. 6.    Ms. Christy (last name un-known)
Job title    Assisting Nurse of (G.C.R.C.F)
Shield No.    U/K
Employer    George County Reginoal Correctional Facility
Address    154 Industrial Park Rd.
   Lucedale MS. 39452
Complaint against /    Individual & Official capacity

## Basis of Jurisdiction

(A) Under 42 U.S.C § 1983, Plaintiff Thomas Keith Coleman #K5716 request to bring claim against, State or Local Officials (a 1983 claim)
(B) Plaintiff contends that his 8th & 14th Amendments pusuont to the Constitution of the United States of America, where violated by and through the State and local officials of George County /
(C) N/A

(D) The following defendants acted in collaboration ¢ under the color of State or Local Law by violating the Plaintiff's right to Medical Treatment necessary to his well being; Sheriff, Keith Havard, Warden - Bobby Fairley, Captian, John Moran, Administrative Assistant, Terry Rodgers, Head R.N (nurse) Derrick Eubanks ¢ Assisting Nurse, Ms. Christy, (Last name un-known). Head R.N (nurse) Derrick Eubanks stated to me "The sittuation has to be handled by way of Chain of Command"

The plaintiff's request for medical assistance was addressed by the Named Defendants here-in according to their Rank through this chain of Command.

(Prisoner Status)

Plaintiff is a convicted ¢ sentanced state prisoner ¢ also a pre-trial detainee awaiting trial on pending charges.

(Statement of Claim)

Relevant Events) (A) Plaintiff fell from a rooftop at his place of employment on Febuary 18, 2016 through no fault of his own. His employer was Advanced Framing Materials Inc ¢ was subcontracted to Yates Construction Inc. to build substidised housing units in Loveland MS. / Plaintiff hired Personal Injury Attorney James K. Wetzel of Wetzel Law Firm, located at 1701 24th ave. Gulf Port MS. 39502. Plaintiff was referd by his Attorney to Orthopedic Dr. Henry Leis of Beinville Orthopedics located at 1720 Medical Park Dr. Biloxi MS. 39532, in the same month of Febuary 2016 for a Fracture to his Left Talus, two broken ankles, ¢ fractures to his right, 2nd, 3rd ¢ 4th metatorsal bones in his right foot.

(B) On April 27, 2017 Plaintiff was arrested by George County Sheriff's Dept. on aligations of kicking a door to a home open with intent to kidnap an occupant of that home.

Plaintiff was placed in the custody of (G.C.R.C.F) with a hold for probation violation so he was unable to bond.

(C) Exact date & time of on-set Feb. 18, 2016 / 9:30 A.M

(D) Underlying Facts - Plaintiff fell 27 ft. to the ground breaking multipal bones in both feet & legs. He was told by his superviser Jeff McKisic to perform work on the roof in the rain. / Safty personel of Yates Const., employees of other sub-contracted companies & co-workers of the plaintiff was all wittness to the fall.

## Injuries

Plaintiff was placed in casts for afore mentioned injuries until he was able to bare weight on his lower extremidies. He was then ordered to start rehabilitation sessions with Encore Rehab center of George Co. The sessions caused severe pain to plaintiff's left knee, he informed his orthopedic & was refered for an M.R.I scan at Beinville M.R.I center in Cedar Lake / Biloxi MS.. This scan revealed a severe tear to the plaintiff's A.C.L in the left knee. Plaintiff was seen by his Orthopedic 4-17-2017 where he was to recieve orders for surgery for this injury but was delayed due to infection that had set in the lower left leg. Plaintiff was ordered to stop rehad. sessions and was placed in an isolation boot for the right foot. Plaintiff was set for re-appointment on 5-21-2017, being arrested on 4-27-2017 Plaintiff informed Head R.N (nurse) Derrick Eubanks (G.C.R.C.F) staff medical of this sittuation. Plaintiff was not transported for any further treatments by his Orthopedic Dr.

## (Relief Requested)

Because (G.C.R.C.F) repeatedly ignored documentation from the plaintiff's Attorney, Senior Claims agent of AmFed Ins. & Dr. Henry Leis, to transport plaintiff to set appointments, as it was necessary treatment &(G.C.R.C.F) failure to comply, Plaintiff Respectfully Request for Actual Damages

The sum of One-Hundred and Fifty Thousand Dollars. Basis for this request is, that is the sum the plaintiff's Personal Injury Attorney appraised his injuries & future disabilities to be worth. Because of missed medical obligations, due to the neglegance of (G.C.R.C.F's) staff & George County Sheriff's Dept.. Attorney Jeff Moffet for Amfed Insurance declined settlement.

Plaintiff Respectfully Request for punitive damages the sum of One-Hundred Million dollars from Each named Defendant here-in in their Individual & Official Capacity, for neglegance that has and will in the future greatly effect the plaintiff's quality of life. Plaintiff also Respectfully Request ALL named defendants be repramanded for misconduct & removed from their official Capacity as they have Proven irrespociable to care for confined Human beings.

Exhaustion of Administrative Remedies Administrative Procedure

(A) Plaintiff's claim does arise from being confined in the George Co. Reginoal jail.
(B) (G.C.R.C.F) does have a grievance procedure in place.
(C) This grievance procedure did cover Refusal of Medical Assistance.
(D) Plaintiff did follow grievance procedure as set forth by (G.C.R.C.F) inmate handbook.
(E) Plaintiff filed grievance at (G.C.R.C.F.)
(2) Plaintiff claimed denile of Medical treatment.
(3) Deposision of grievance was Warden Bobby Fairley brining the form to the Plaintiff personaly & informing Plaintiff "The issue has been addressed the best it's going to be and if the plaintiff continues to persue the issue, Warden Fairley would personaly see to the plaintiff being placed in solitary confinement where if after doin so the plaintiff <u>could</u> still write the Warden would make sure the plaintiff recieved no materials to do so with. Any further refrance to this

matter would be thrown in the trash by his staff."
Head R.N (nurse) Derrick Eubanks responded by saying "The powers in command say there's no money in the jails budget for your surgery"

(4) After being confronted in this manner by Warden Bobby Fairley Plaintiff made no attempt for opeal out of fear of retaliation by security staff. After re-commitment to M.D.O.C the Plaintiff took steps to obtain as much knowledge pertaining to his Rights and to gather as much factual evidence that he could to give support to this claim. Plaintiff was informed he would have to obtain a court order to access any information retained by G.C.R.C.F but was assured "That wouldn't be much"

(F) /

(G) Plaintiff here-in is Laymen & a pauper. He had no knowledge of what else to do to exhaust the Administrative Process. The documents attached are the only documents the plaintiff was able to retrieve. These documents were presented to the (G.C.R.C.F) officials to support his request of necessary medical treatment.

(Previous Lawsuits)

There are no State or Federal lawsuits filed to the plaintiff's knowledge that would bar him from this claims process.

Certificate of Closing

Under Federal rule of Civil Procedure 11, by signing below I certify to the best of my knowledge, information and belief that this claim (1) is not being presented for an improper purpose such as to haross, cause un-necessary delay or needlessly increase the cost of litigation; (2) is supported by existing law or by nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identifyed

will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of rule 11.

I am a party without an Attorney and I agree to provide the Clerks Office with any changes to my address where case related papers can be served upon me. I understand that my failure to keep a current address on file with the Clerks Office may result in the dismissal of my case

Date of signing ) January 14, 2019

Signature of Plaintiff: T. C_____
Printed name of Plaintiff: Thomas Coleman
Prison ID # ; K5716
Prison address          P.O Box 88550
                        Pearl MS. 39208